IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

| | | |
|---|---|---|
| **AQUAYLA STOKES** | § | **PLAINTIFF** |
| | § | |
| **v.** | § | **CIVIL ACTION NO.** |
| | § | **1:21-CV-167-JMV** |
| | § | |
| **KILOLO KIJAKAZI,** | § | |
| **ACTING COMMISSIONER OF** | § | |
| **SOCIAL SECURITY** | § | **DEFENDANT** |

## ORDER

On this date came for consideration Defendant's Unopposed Motion to Remand [17] and the Court being advised in the premises is of the opinion that said Motion should be granted. It is, therefore

ORDERED that this cause shall be remanded back to the Social Security Administration for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

SO ORDERED, this 13th day of June, 2022.

/s/ Jane M. Virden
HONORABLE JANE M. VIRDEN
UNITED STATES MAGISTRATE JUDGE